UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Dennis Palkon
                                Plaintiff,

v.                                          Case No.: 1:17−cv−03233
                                                  Honorable Harry D. Leinenweber

Robert Berglass, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 15, 2017:

      MINUTE entry before the Honorable Harry D. Leinenweber:Motion hearing held on 6/15/2017. The Joint Motion for a finding of relatedness and consolidation for all purposes [5] is granted. All docket entries to made to the case number 17 C 2773. The Motion for approval of lead counsel for plaintiffs, Johnson & Weaver, LLP and Robbins Arroyo LLP. The court approves Miller Law LLC and Morrissey & Donahue as Liaison Counsel for plaintiffs. George C. Aquilar's Application for leave to appear pro hac vice [14] is granted. Plaintiffs' shall file a consolidated complaint by 7/31/2017. Defendants' to answer or otherwise plead by 9/14/2017. Status hearing set for 9/19/2017 at 09:00 AM.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.